_NO SUMMONS ISSUED SENT 242L8_

FILED —— ENTERED
LODGED —— RECEIVED

FEB 27 2009    RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

09-CV-00266-CMP

1  Thomas V. Dulcich (WSBA #13807)
Email: tdulcich@schwabe.com
2  Renea I. Saade (WSBA #30044)
Email: rsaade@schwabe.com
3
SCHWABE, WILLIAMSON & WYATT, P.C.
4  1420 5th Avenue, Suite 3010
Seattle, WA 98101
5  Telephone: 206-622-1711
Fax: 206-292-0460
6

7  Of Attorneys for Defendant
Society of Jesus, Oregon Province
8

9

IN THE UNITED STATES DISTRICT COURT
10

FOR THE WESTERN DISTRICT OF WASHINGTON
11

C09-0266 JLR

12  J.E., an individual,

13                    Plaintiff,

14        vs.

15

16  SOCIETY OF JESUS, OREGON
PROVINCE, an Oregon Corporation;
17  SEATTLE UNIVERSITY, a Washington
corporation,
18

19                    Defendants.

No. _____

King County Court Case
No. 08-2-35987-5 SEA

**NOTICE OF REMOVAL PURSUANT TO
28 U.S.C. 1452 AND BR 9027**

20        Defendant Society of Jesus, Oregon Province ("Debtor"), hereby removes the above-
21  captioned action to this court, based on the following facts:

22        1.    On February 17, 2009 (the "Petition Date"), Debtor filed a voluntary petition for
23              relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. sections
24              101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for
25              the District of Oregon, Portland Division.  Debtor's Chapter 11 case is being
26

Page 1 -   **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C.
1452 AND BR 9027**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711  Fax 206.292.0460

PDX/080048/166620/AJL/3436319.1

1    administered under Case No. 09 30938-ELP. The assigned Judge is the

2    Honorable Elizabeth L. Perris.

3    2.    The above-referenced state action was commenced prior to the Petition Date by

4    the filing of a complaint in the King County Court, State of Washington.

5    3.    The claims raised in this case may be removed to this Court. Removal is proper

6    because: (a) the claims are asserted in a civil action; (b) the claims are not exempt

7    from removal; and (c) this Court has subject matter jurisdiction over the removed

8    claims pursuant to 28 U.S.C. sections 1441, 1452 and 1334. These claims raise

9    federal questions and are related to Debtor's bankruptcy proceeding. *See Calumet*

10    *National Bank v. Levine*, 179 B.R. 117, 120 (N.D. Ind. 1995) (stating that "related

11    to" jurisdiction includes tort claims that "might result in a substantial judgment

12    against [the debtor] and, in turn, a claim against the bankruptcy estate").

13    4.    Pursuant to 28 U.S.C. section 1452 removal to this court is proper because it is the

14    "the district court for the district where [plaintiffs'] civil action is pending."

15    28 U.S.C. § 1452.

16    5.    Removal is timely pursuant to BR 9027(a)(2) because the claims were pending

17    before the Petition Date and this Notice has been filed within 90 days of the Order

18    for Relief from the Bankruptcy Court.

19    6.    Consent of co-defendants, if any, is not necessary for removal under 28 U.S.C.

20    Section 1452. *See Cal. Pub. Empl. Ret. Sys. V. Worldcom, Inc.*, 368 F.3d 86 (2d

21    Cir. 2004).

22    7.    Upon removal, all proceedings with respect to the removed claims and causes of

23    action are core proceedings, except the liquidation or estimation of contingent or

24    unliquidated personal injury tort claims against the bankruptcy estate for purposes

25    of distribution in the Bankruptcy Case. 28 USC § 157(b)(2)(B). As to any non-

26    core proceedings concerning such claims, Debtor consents to entry of final orders

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C.
1452 AND BR 9027**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.822.1711  Fax 206.292.0460

PDX/080048/166620/AJL/3436319.1

1    or judgment by the bankruptcy judge, but only if the case is transferred to the

2    United States District Court or the United States Bankruptcy Court for the District

3    of Oregon.

4    8.    Pursuant to BR 9027(a)(1), this Notice is accompanied by copies of all process

5    and pleadings filed in the state court action.

6    Pursuant to BR 9027(b), a copy of this Notice is being served on counsel of record for all

7 parties.

8    Dated this 27th day of February, 2009.

9            SCHWABE, WILLIAMSON & WYATT, P.C.

11        By:                                       

12                Thomas V. Dulcich, WSBA #13807
Renea I. Saade, WSBA #30044

13                Attorneys for Defendants

Page 3 -   **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1452 AND BR 9027**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711  Fax 206.292.0460

PDX/080048/166620/AJL/3436319.1

1          **CERTIFICATE OF SERVICE**

2          I hereby certify that on the 27th day of February, 2009, I served the foregoing **NOTICE**

3    **OF REMOVAL PURSUANT TO 28 U.S.C. 1452 AND BR 9027**, on the following parties at

4    the following addresses:

5          Michael T. Pfau, Esq. (by hand)
           Pfau Cochran Vertetis Kosnoff, PLLC
6          701 Fifth Avenue #4750
           Seattle, WA  98104
7
           Michelle Menely, Esq. (by hand)
8          Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP
           600 University St., Suite 2100
9          Seattle, WA 98101-4185

10         F. Mike Shaffer, Esq. (by mail)
           Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP
11         1201 Pacific Avenue, Suite 2100
           Tacoma, WA  98402
12
           **Counsel for Plaintiff**
13
           Colleen Kinerk, Esq. (by hand)
14         Cable, Langenbach, Kinerk & Bauer, LLP
           1000 Second Avenue, Ste. 3500
15         Seattle, WA  98104-1048

16         **Counsel for Seattle University**

17

18
     by:
19         ☐  U.S. Postal Service, ordinary first class mail
           ☐  U.S. Postal Service, certified or registered mail,
20            return receipt requested
           ☐  hand delivery
21         ☐  facsimile
           ☐  electronic service
22         ☒  other (specify)  As specified above _____

23

24                                                   _____
25                                                   Renea Saade

26

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
Telephone 206.622.1711  Fax 206.292.0460

RECEIVED
For King County Superior Court Clerks Office

OCT 17 2008

Cashier Section
Superior Court Clerk

RECEIVED

OCT 23 2008

SCHWABE, WILLIAMSON & WYATT

# SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR KING COUNTY

J.E., an individual,

               Plaintiff,

vs.

SOCIETY OF JESUS, OREGON PROVINCE,
an Oregon Corporation; SEATTLE
UNIVERSITY, a Washington corporation,

               Defendants.

NO. 08-2-35987-5 SEA

SUMMONS

TO ALL NAMED DEFENDANTS:

A lawsuit has been started against you in the above-entitled court by Plaintiff. Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the person signing this Summons within 20 days after the service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS - 1 of 2
[195551 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575



Any response or notice of appearance which you serve on any party to this lawsuit must also be filed by you with the court within 20 days after the service of Summons, excluding the day of service.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of Civil Rules for Courts of Limited Jurisdiction.

Dated this <u>17th</u> day of October, 2008.

GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP

By _____

Michael T. Pfau, WSBA No. 24649
Attorneys for Plaintiff

SUMMONS - 2 of 2
[19555] v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

RECEIVED
In King County Superior Court Clerk's Office

OCT 17 2008

Cashier Section
Superior Court Clerk

RECEIVED

OCT 2 3 2008

SCHWABE, WILLIAMSON & WYATT

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

J.E., an individual,

Plaintiff,

vs.

SOCIETY OF JESUS, OREGON PROVINCE,
an Oregon Corporation; SEATTLE
UNIVERSITY, a Washington corporation,

Defendants.

NO. 08 - 2 - 3 5 9 8 7 - 5 SEA

COMPLAINT FOR DAMAGES

COMES NOW Plaintiff, by and through his undersigned attorneys, and claims damages from the Defendant(s).

## I.    INTRODUCTION

1.1    This is an action seeking damages for injuries caused by Father Michael Toulouse's sexual abuse of the plaintiff, after the Defendants knew or should have known he was a pedophile but failed to protect children under his care.

1.2    Toulouse was a priest in the service of the Defendant Oregon Province of the Society of Jesus ("Society of Jesus") until his death. The Defendant, Society of Jesus, first assigned him in 1946 to teach boys at a Jesuit high school in Spokane. In 1951, the parent of a 14-year old student reported that Toulouse had sodomized his son for a period of months. Toulouse admitted having sexual contact with the boy. The Defendant Society of Jesus told

COMPLAINT FOR DAMAGES - 1 of 11
[195439]



LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

the family not to call the police, and promised them Toulouse would be removed from Spokane.

1.3     The Defendant Society of Jesus reassigned Toulouse to a teaching position at Seattle University and moved him to Seattle. He resumed grooming boys for sex and engaging in sexual acts with them. At all times, he lived with other priests of the Society of Jesus on or near the campus of Seattle University. In 1965, he was caught having sex with boys and the crime was reported to Seattle University and to the Jesuits. They apparently took no action or ineffective action, and the abuse continued.

1.4     In 1967, Toulouse was again caught having sexual contact with another boy, this time a boy who had been assigned to his care under a "big brother" program with King County juvenile authorities. This time, a friend of the boy's mother—a priest himself—wrote to Defendants reporting the crime. Again, Defendants took no action or ineffective action.

1.5     In the 1960s, Toulouse's alcohol use worsened and he became more aggressive in his sexual advances toward boys. These sexual assaults occurred on the campus of Seattle University, at private residences, in Toulouse's car, on trips and outings, and at various parishes in the greater Seattle area. Multiple survivors have reported that Toulouse molested and/or raped them as children in the 1950s, 1960s and 1970s.

## II.     FACTS

2.1     In the early 1950s, the Defendant Society of Jesus investigated a father's report that Jesuit Priest Fr. Michael Toulouse had sodomized his son, a boy under Toulouse's care. The boy was an altar server at St. Aloysius Parish in Spokane where Toulouse gave daily mass. The boy reported that Toulouse had been having sex with him in Toulouse's room at the Jesuit residence at Gonzaga University for months. The Defendant Society of Jesus investigated the report. Toulouse admitted having sexual contact with the boy, but claimed

COMPLAINT FOR DAMAGES - 2 of 11
[195439]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

that the boy was the aggressor.  In fact, at the same time he was regularly having sex with the boy in the mornings, Toulouse was also having sex with another boy of about the same age, a student at Gonzaga High School.

2.2    Instead of firing Toulouse, the Society of Jesus reassigned him to a teaching position at Seattle University.  Fr. Albert LeMieux, the President of Seattle University at that time, served as senior administrator for the Oregon Province, Society of Jesus, and was therefore personally aware of Toulouse's sexual contact with the boy in Spokane.  Toulouse's evaluations at Seattle University reflected that he was a gregarious but mediocre teacher who could not be trusted around students.

2.3    Despite specific knowledge that Fr. Toulouse was a pedophile, neither Seattle University nor the Oregon Province of the Society of Jesus took any steps to prevent him from molesting children while he was acting as a priest and teacher at Seattle University.

2.4    Toulouse, with other priests of the Defendant Oregon Province of the Society of Jesus, lived in a residence hall belonging to Defendant Seattle University, and were known as a Jesuit Community.  Jesuits in the Community worked at Seattle University under an arrangement with the Oregon Province.  The Defendant Province approved all assignments and living arrangements.  Both the Province and the University oversaw the activities of Jesuit teachers who, like Toulouse, lived in the Community.

2.5    High-ranking officials at the University were often administrators for the Province as well.  For example, in 1950 (when Toulouse was first investigated for sodomizing a boy in Spokane) the President of Seattle University, Albert LeMieux, also was on the highest-ranking leadership committee in the Oregon Province ("the Counsultors"), and Fr. LeMieux also served as the highest-ranking official overseeing the Seattle Community. Another example was Fr. Harold Small who also served both as a Seattle University official,

COMPLAINT FOR DAMAGES - 3 of 11
[195439]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 – FACSIMILE (206) 676-7575

and as the Provincial, or chief executive, of the Oregon Province. In the 1960s, other examples were Fr. John Fritterer, who served as a Dean and President at Seattle University and as Superior in the Seattle Community. Fr. Joseph Perri served both as the Superior for the Seattle Community on behalf of the Province, and as a Vice President of the University. Fr. James McGoldrick was active in leadership in the Province, and in the Roman Catholic churches of Seattle, and a Dean at Seattle University. More recently, Fr. Stephen Sundborg served as the Provincial over the Oregon Province and as the President of Seattle University, and as the head of the Seattle Jesuit Community. Each Jesuit priest employed at Seattle University was directed by, and acted on behalf of, the Seattle Jesuit Community, the Oregon Province and on behalf of Seattle University.

2.6    At all relevant times after the Oregon Province of the Society of Jesus moved him to Seattle, Fr. Toulouse lived on the campus of Seattle University in the Jesuit Community. He took teenaged boys to the Community residence hall and sexually abused boys there. From the 1950s onward, Toulouse formed friendships with Catholic families in the Seattle area and began to groom their sons for sex. A number of the boys reported the abuse. In addition to abuse occurring on the campus of Seattle University, children were also abused on trips, in cars, and at local parish rectories.

2.7    In one Seattle area family, he groomed and sexually abused three brothers for several years in the 1950s and 1960s. When the parents learned of the abuse, they reported it to Fr. James McGoldrick, a prominent Jesuit and a Dean of Seattle University, who happened to share the same residence as Toulouse. Fr. McGoldrick apparently agreed to keep Toulouse away from the family. Toulouse continued to molest other children instead.

2.8    In 1967, Fr. McGoldrick arranged for Toulouse to serve as a "Big Brother" for another teenaged boy, who was the son of a family friend and the nephew of an intending

COMPLAINT FOR DAMAGES - 4 of 11
[195439]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

Jesuit. Beginning in their first meeting, Toulouse began to sexually abuse the boy. After a time, the boy reported the sexual abuse to his mother. She called Fr. McGoldrick, the second such report in less than three years. This time both the boy's mother, and Father Earl LeRiviere, another priest, wrote letters to the Jesuit Community requesting action against Toulouse.

2.9    Many families were taken in by Toulouse's priestly demeanor and his good standing as a priest and educator, and allowed him to be alone with their children, as a direct result of the Defendants' misconduct. By 1968, the Defendants had received multiple reports indicating Fr. Toulouse was a predatory, aggressive pedophile who was sexually assaulting boys at Seattle University and in other locations. The Defendants failed to take any affective action to prevent Toulouse from continuing to molest children.

2.10    Thus, in 1968 or 1969, Fr. Toulouse sexually abused Plaintiff J.E. As a Jesuit priest at Seattle University, Fr. Toulouse came to know Plaintiff's parents. On one occasion, Plaintiff came home to find Fr. Toulouse at his home, socializing with his parents. Because of his status as a Jesuit priest at Seattle University, Father Toulouse was able to convince Plaintiff's parents to allow him to accompany Father Toulouse on drive across town for an errand. During the drive, Fr. Toulouse sexually abused Plaintiff J.E.

2.11    The Oregon Province of the Society of Jesus and Seattle University engaged in extensive efforts to raise money and other support for their enterprises. Both Defendants also relied on the faith and trust of Roman Catholics in the Northwest, for revenue and other support.

2.12    Defendants knew or believed that public disclosures of a predatory pedophile like Father Toulouse would damage their efforts to raise money and support for their enterprises.

COMPLAINT FOR DAMAGES - 5 of 11
[195439]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

2.13    At all times, the Defendants had full authority to expel Toulouse from his position of power as a Jesuit teacher and priest. Even before 1950, the Jesuits had discussed expelling him from their organization, but did not.

2.14    In the 1950s and 1960s, the Oregon Province of the Society of Jesus covered up sexual misconduct by its priests by discounting or discouraging complaints of victims and transferring abusive priests to new locations in secret.

2.15    Plaintiff brings this action to seek an accounting of his losses, and just compensation for the injuries to his childhood, his innocence, the broken trust that he placed in the Defendants, and for the extreme mental and physical anguish he has experienced. Plaintiff suffered sexual abuse as a result of the Defendant's acts and omissions. Plaintiff suffered additional injuries when he learned that these Defendants betrayed his trust, and the trust of his parents and family, when they failed to protect him after learning of Toulouse's pedophilia. Finally, Plaintiff suffered when the defendants failed to investigate Toulouse and make efforts to rectify the situation.

### III.    PARTIES

3.1    Defendant, Society of Jesus, Oregon Province, is an Oregon corporation doing business in Washington State. Its Seattle Community is located on the premises of Seattle University.

3.2    Defendant, Seattle University, is a Washington corporation doing business in Washington State, with a principal place of business in Seattle.

### IV.    CAUSES OF ACTION

4.1    Michael Toulouse was ordained as a Jesuit priest in June 1942. He worked at Gonzaga High School from 1946 to 1950 and at Seattle University from 1951 until his death in June, 1976. From the beginning, he lacked the character and intelligence desirable in a

COMPLAINT FOR DAMAGES - 6 of 11
[195439]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

priest. His superiors noted that as a student, "by no means is he learning to be a priest", and "he lacks rectitude and prudence." They wrote in 1938 that he did not observe the religious rules of the Order, despite repeated warnings, and concluded "he has been asked to leave, but now wishes another trial. All Consultors and Fr. Provincial feel that he should leave." (The Consultors were the Province's Executive Board; the Fr. Provincial was the highest-ranking executive in the Province).

4.2     At all relevant times, Michael Toulouse served as a Jesuit Priest for the Society of Jesus, Oregon Province, and was under its supervision and control. At all times after October, 1951, he was under the supervision and control of both the Oregon Province, its Seattle University Community, and Seattle University.

4.3     Prior to Toulouse molesting Plaintiff J.E., senior priests in the Oregon Province of the Society of Jesus, including but not limited to Fr. Prange, Fr. Francis Corkery, Fr. Albert LeMieux, Fr. Harold Small, Fr. James McGoldrick, Fr. Joseph Perri, Fr. Earl LeRiviere, and others, learned and in some cases reported to superiors that Toulouse had engaged in sexual acts with minor children and that he had sexually molested adolescent or pre-adolescent boys by exploiting his position as a priest. By these reports, the Society of Jesus and Seattle University Jesuit Community knew or should have known that Toulouse would continue to exploit his status and offices within the Catholic Church to molest more children if allowed to continue to serve as a priest and faculty member of Seattle University and a resident of the Province's Seattle Community.

### Negligence

4.4     Defendants negligently hired and negligently supervised and retained Toulouse as a priest when they knew or should have known of Toulouse's unfitness to work with minors, his pedophilia tendencies and his actual sexual abuse of young children.

COMPLAINT FOR DAMAGES - 7 of 11
[195439]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

4.12    Toulouse's violations of RCW 9.68A, the Sexual Exploitation of Children Act, were done with the Defendants' knowledge and acquiescence.    Accordingly, under RCW 9A.08.030, Defendants also violated RCW 9.68A.

### Respondent Superior

4.13    Plaintiff re-alleges the paragraphs set forth above.

4.14    During the relevant time period, the sexual abuse of minors by Toulouse and other Jesuits and Roman Catholic priests was so pervasive that it cannot be said his misconduct was unforeseen or so far outside the predictable behavior to prevent the Defendant Oregon Province of the Society of Jesus and Seattle Community from being vicariously liable for such conduct. Defendants' acquiescence amounted to actual authority for certain misconduct by Toulouse, and these Defendants are directly and vicariously liable for the conduct of Toulouse as described herein.

4.15    The Defendants required Father Michael Toulouse to provide to his superiors all of his earnings, assets, entitlements and bequests, and he did so.  These earnings, assets, entitlements and bequests were fraudulently conveyed to his Superiors to the detriment of the Plaintiff, and the Defendant Society of Jesus is therefore directly and vicariously liable for each of Toulouse's wrongful acts toward the Plaintiff.

### Fraudulent Concealment

4.16    Plaintiff re-alleges the paragraphs set forth above.

4.17    Defendants engaged in a plan of action to cover up and otherwise conceal incidents of sexual abuse of minors by priests which prevented disclosure, prosecution and civil litigation including but not limited to: denial of abuse; reassignment and/or transfer of abuse of priests; coercion of victims and their families; and, failure to seek out and redress victims and their injuries.

COMPLAINT FOR DAMAGES - 9 of 11
[195439]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

4.18    Defendants failed to take proper measures, including removing Toulouse from the faculty and ministry, limiting his exposure to children, properly monitoring him, and assisting his victims, after they received complaints of his sexual abuse of adolescent boys.

4.19    As a direct and proximate result of the Oregon Province's acts and omissions, the Plaintiff was sexually assaulted, molested and otherwise sexually exploited by Michael Toulouse. The Plaintiff suffered and continues to suffer damages for pain and suffering, extreme physical and emotional and psychological distress and other general and special damages in the amount to be proven at trial.

## V.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff Prays that the Court enter a judgment against the Defendants on his behalf, for the following:

1.    For special damages resulting from medical and psychological treatments, lost earning and lost earning capacity and the expenses of medication and other special expenses, both in the past and continuing into the future in amounts to be determined at the time of trial;

2.    For all general damages regarding physical, mental and emotional upset and disturbance and behavior disorders resulting from the acts complained of herein;

3.    For such attorneys fees, prejudgment interest, costs and exemplary damages as may be provided by law; including RCW 9.68A.130; and

\*\*\*

\*\*\*\*\*

\*\*\*

\*\*\*\*\*

\*\*\*

COMPLAINT FOR DAMAGES - 10 of 11
[195439]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1
2

    4.    For such other and further relief as this Honorable Court determines as just and

equitable.

3
4

    Dated this 17th day of October, 2008.

5
6
7
8

                        GORDON, THOMAS, HONEYWELL, MALANCA,
                        PETERSON & DAHEIM LLP


                        By _____
                            Michael T. Pfau, WSBA No. 24649
                            Attorneys for Plaintiff

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

COMPLAINT FOR DAMAGES - 11 of 11
[195439]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1
2
3
4
5
6
7

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

8

| J.E., an individual, | NO. 08-2-35987-5 SEA |
| Plaintiff, | ACCEPTANCE OF SERVICE |
| vs. | |
| SOCIETY OF JESUS, OREGON PROVINCE, an Oregon Corporation; SEATTLE UNIVERSITY, a Washington corporation, Defendants. | |

9
10
11
12
13

14     STATE OF WASHINGTON )
                           ) ss:
15     COUNTY OF KING      )

16          Mary Colleen Kinerk, of Cable Langenbach Kinerk Bauer LLP, attorney for

17     Defendant Seattle University herein, being first duly sworn, acknowledges and accepts service

18     of the Summons, Complaint for Damages and Order Setting Civil Case Schedule on behalf of

19     said Defendant on October _____, 2008, said pleadings having been filed with the King

20     County Superior Court on October 17, 2008.

21          Dated this _10_ day of October, 2008.

22
23                                              **Cable Langenbach Kinerk Bauer LLP**
24
25                                              _____
                                                M. Colleen Kinerk, WSBA #7676
26                                              Attorney for Defendant Seattle University

ACCEPTANCE OF SERVICE - 1 of 2
[195768 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1

SUBSCRIBED AND SWORN TO before me this 10TH day of ~~October~~ November, 2008.

2

3

4

```
JOANIE L. KOHN
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
11-18-10
```

(Type/Print Name above)
Notary Public in and for the State of
Washington, residing at SEATTLE
My appointment expires: 11-18-10

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ACCEPTANCE OF SERVICE - 2 of 2
[195768 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

HONORABLE MICHAEL FOX

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| J.E., an individual, | NO. 08-2-35987-5 SEA |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| SOCIETY OF JESUS, OREGON PROVINCE, an Oregon corporation; SEATTLE UNIVERSITY, a Washington corporation, | CLERK'S ACTION REQUIRED |
| Defendants. | |

TO:          Plaintiff above-named

AND TO:    Michael T. Pfau, Gordon Thomas Honeywell Malanca Peterson & Daheim LLP

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Colleen Kinerk of the firm of Cable, Langenbach, Kinerk & Bauer, LLP hereby appears in the above-entitled cause on behalf of the defendant Seattle University, and requests that all further papers and pleadings herein, except original process, be served upon the undersigned attorney at the address below stated.

NOTICE OF APPEARANCE - 1

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

1    DATED this 10th day of November, 2008.

2

3                              CABLE, LANGENBACH, KINERK & BAUER, LLP

4

5                    By:    _Colleen Kinerk_____

6                           Colleen Kinerk, WSBA #7676
                            ckinerk@cablelang.com

7                           Attorneys for Defendant Seattle University
                            1000 Second Avenue, Suite 3500

8                           Seattle, Washington  98104-1048
                            (206) 292-8800

9

10

11

12

13

14

15

16

17

18

19

20

21

22

NOTICE OF APPEARANCE - 2

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

The Honorable Michael Fox

1
2
3
4
5
6
7          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
8                      FOR THE COUNTY OF KING

9  J.E., an individual,
10              Plaintiff,                    No. 08-2-35987-5 SEA
11      vs.
                                             **NOTICE OF REMOVAL TO**
12  SOCIETY OF JESUS, OREGON                 **UNITED STATES DISTRICT**
    PROVINCE, an Oregon Corporation;         **COURT**
13  SEATTLE UNIVERSITY, a Washington
    corporation,
14
                Defendants.
15

16  TO:   The Clerk of King County, State of Washington;

17  TO:   Plaintiff J.E. and his attorneys, Michael T. Pfau, Pfau Cochran Vertetis Kosnoff,
          PLLC, 701 Fifth Avenue #4750, Seattle, WA 98104; Michelle Menely, Gordon,
18        Thomas, Honeywell, Malanca, Peterson & Daheim, LLP 600 University St., Suite
          2100, Seattle, WA 98101-4185; F. Mike Shaffer, Gordon, Thomas, Honeywell,
19        Malanca, Peterson & Daheim, LLP, 1201 Pacific Avenue, Suite 2100 Tacoma, WA
          98402; and
20
21  TO:   Defendant Seattle University and its attorney, Colleen Kinerk, Cable, Langenbach,
          Kinerk & Bauer, LLP, 1000 Second Avenue, Ste. 3500, Seattle, WA 98104-1048

22        PLEASE TAKE NOTICE that, on February 17, 2009 (the "Petition Date"),

23  Defendant Society of Jesus, Oregon Province (the "Province") filed a voluntary petition for

24  relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. sections 101 et seq.

25  (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Oregon,

26  Portland Division.  The Province's Chapter 11 case is being administered under Case

**NOTICE OF REMOVAL TO UNITED STATES**
**DISTRICT COURT** - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711 Fax 206.292.0460

PDX/080048/166620/AJL/3436235.1

1    No. 09 30938-ELP. The assigned Judge is the Honorable Elizabeth L. Perris. Pursuant to 28

2    U.S.C. section 1452, the Society of Jesus, Oregon Province defendant has removed

3    plaintiffs' "claim or cause of action" to the United States District Court for the Western

4    District of Washington as "the district court for the district where [plaintiffs'] civil action is

5    pending." 28 U.S.C. § 1452. All further actions in this matter are hereby stayed pursuant to

6    28 U.S.C. section 1452, 11 U.S.C. section 362(a), and Bankruptcy Rule 9027. A copy of the

7    Notice of Removal filed in the United States District Court for the Western District of

8    Washington is attached for reference.

9         Dated this 27th day of February, 2009.

10                                           SCHWABE, WILLIAMSON & WYATT, P.C.

11

12                              By:

13                                           Thomas V. Dulcich, WSBA #13807
                                             Renea I. Saade, WSBA #30044
                                             Attorneys for Defendant
14                                           Society of Jesus, Oregon Province

15

16

17

18

19

20

21

22

23

24

25

26

**NOTICE OF REMOVAL TO UNITED STATES
DISTRICT COURT - 2**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711  Fax 206.292.0460

PDX/080048/166620/AJL/3436235.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2009, I caused to be served the foregoing **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** on the following party at the following address:

Michael T. Pfau, Esq. (by hand)
Pfau Cochran Vertetis Kosnoff, PLLC
701 Fifth Avenue #4750
Seattle, WA 98104

Michelle Menely, Esq. (by hand)
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP
600 University St., Suite 2100
Seattle, WA 98101-4185

F. Mike Shaffer, Esq. (by mail)
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402

**Counsel for Plaintiff**

Colleen Kinerk, Esq. (by hand)
Cable, Langenbach, Kinerk & Bauer, LLP
1000 Second Avenue, Ste. 3500
Seattle, WA 98104-1048

**Counsel for Seattle University**

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☐ electronic service
☒ other (specify) _____

_____
Renea Saade

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711  Fax 206.292.0460

PDX/080048/166620/AJL/3436235.1